UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-20094-CIV-MARTINEZ-BROWN

PETER CUERVO, et al.,

    Plaintiffs,

vs.

THE CITY OF CORAL GABLES,

    Defendant.
_____/

### ORDER ACCEPTING SIGNED SETTLEMENT AGREEMENT AND DIRECTING CLERK TO CLOSE CASE

This cause came before the Court upon the Defendant's Notice of Filing **(D.E. No. 107)**, on August 11, 2008. The parties had previously filed a Joint Motion to Approve Settlement Agreement and to Dismiss Action with Prejudice on July 23, 2008, appending a copy of their proposed Settlement Agreement to the Motion. (D.E. No. 102). On July 30, 2008, after reviewing the proposed Settlement Agreement (D.E. No. 102-2), the Court approved it as a fair and reasonable resolution of a bona fide Fair Labor Standards Act dispute and granted the parties' motion to dismiss. (D.E. No. 104). Because the parties asked the Court to retain jurisdiction over the Settlement Agreement for purposes of enforcement, the Court directed the parties to file a signed copy of the Settlement Agreement within 15 days of the date it approved the proposed Agreement.

Now, the Defendant has complied, by filing a signed copy of the Settlement Agreement (D.E. No. 107-2), which was previously scrutinized and approved for fairness, along with individual signature pages for each of the 189 Plaintiffs who appeared in this action (D.E. No.

107-3), and a set of Attachments to the Settlement Agreement (D.E. No. 107-7).

The Court has reviewed the signed Settlement Agreement and is satisfied that it includes all of the parties who have appeared in this action. Accordingly, it is:

**ORDERED AND ADJUDGED** that

1. The parties' signed Settlement Agreement (D.E. No. 107-2 , D.E. No. 107-3, D.E. No. 107-7) is **ACCEPTED** as filed.

2. Although this action has been dismissed with prejudice, the Court retains jurisdiction to enforce the terms of the settlement agreement if necessary.

3. The Clerk of the Court is DIRECTED to CLOSE this case and DENY all pending motions as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of August, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record